**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PHYLLIS JAGER,

          Plaintiff,

   v.

DOORDASH INC.,

          Defendant.

Case No. 7:25-cv-01929

**DEFENDANT DOORDASH, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY CASE**

PLEASE TAKE NOTICE THAT, based on the supporting memorandum of law, the declarations of Alexander Bellini, Brian Cramer, Michael Holecek, and Paul Kremer, each dated August 15, 2025, and their accompanying exhibits, and all other papers and prior proceedings in this matter, as well as any oral argument on this motion, Defendant DoorDash, Inc. ("DoorDash"), by and through undersigned counsel, hereby moves this Court, before the Honorable Kenneth M. Karas, United States District Judge, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, or, in the alternative, Federal Rule of Civil Procedure 12(b)(1): (a) compelling Plaintiff Phyllis Jager to submit all of her claims to arbitration as required by the binding arbitration provision in the Terms and Conditions she entered into with DoorDash; (b) staying this action pending the outcome of any arbitration; and (c) granting DoorDash such other and further relief as the Court deems just and proper.

Dated:   August 15, 2025              **GIBSON, DUNN & CRUTCHER LLP**


By: */s/ Michael Holecek*

Michael Holecek (*pro hac vice*)
mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Phone: 213.229.7000

Natalie J. Hausknecht (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street, Suite 3000
Denver, CO 80202
Phone: 303.298.5700

Sean Howell (*pro hac vice*)
showell@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: 415.393.8200

*Attorneys for Defendant DoorDash, Inc.*