**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PHYLLIS JAGER,

              Plaintiff,

    v.

DOORDASH INC.,

              Defendant.

Case No. 7:25-cv-01929

**[PROPOSED] ORDER GRANTING DEFENDANT DOORDASH, INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE**

**[PROPOSED] ORDER**

This matter is before the Court on Defendant DoorDash, Inc.'s Motion to Compel Arbitration and Stay Case. Dkt. 25 *et seq*. The Court, having considered all of the papers submitted by the parties, the relevant authorities, and the oral arguments of counsel, hereby **GRANTS** DoorDash's Motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT DoorDash's Motion to Compel Arbitration is **GRANTED**. Plaintiff Phyllis Jager shall arbitrate her claims against DoorDash on an individual basis. *See* 9 U.S.C. § 4. DoorDash's Motion to Stay is also **GRANTED**. *See id.* § 3.

**IT IS SO ORDERED.**

DATED: _____    _____

                              Honorable Kenneth M. Karas
                              United States District Judge