# EXHIBIT E

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Friday, January 17, 2025 9:25 AM
**To:** Kremer, Paul; Iris Velasquez
**Cc:** Thompson, James
**Subject:** Re: Jager v. DoorDash

That works for us.

Thanks,
Joel



**Joel H. Rosner|Partner**
T: 212-216-1187|F: 646-893-5016
jrosner@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2024 best places to work in NYC*

---

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Thursday, January 16, 2025 4:46 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** [EXT] RE: Jager v. DoorDash

Would Wednesday at 3:30 EST work for you and Ms. Jager?



vCard

Paul J. Kremer 🔊
(he/him/his)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 646.777.0048 | PKremer@beneschlaw.com
www.beneschlaw.com
1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Thursday, January 16, 2025 3:21 PM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Hi,

The best times next week for us are Wednesday afternoon and Thursday afternoon (Eastern).  Let us know if those dates work.

Thanks,
Joel



**Joel H. Rosner|Partner**
T: 212-216-1187|F: 646-893-5016
jrosner@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2024 best places to work in NYC*

---

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Thursday, January 16, 2025 2:29 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** [EXT] RE: Jager v. DoorDash

We're saying the same thing.  I will give you a call in a moment to explain.



vCard

Paul J. Kremer 🔊
(he/him/his)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 646.777.0048 | PKremer@beneschlaw.com
www.beneschlaw.com
1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Thursday, January 16, 2025 12:22 PM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Paul,

I appreciate your effort here.  I understand that DD does not wish to commit substantial resources until we are further along in this process, but I want to make sure that the informal call you are trying to arrange will be for a substantive conversation with a real person, i.e., that this will be a useful call for both sides.  Obviously, we do not expect this call to resolve all issues, but it is important to my client to know that we are making meaningful progress.

2

With respect to the issue of a settlement agreement, this feels like a change from the process we discussed last week, in which the plan seemed to be to kick the can down the road on the litigation while Ms. Jager and DD had the contemplated discussions about the issues we have raised, and then to resolve the litigation.  What is DD looking to address in a settlement agreement at this juncture?

I am happy to speak by phone with you if that simplifies these matters.

Thanks,
Joel



**Joel H. Rosner|Partner**
T: 212-216-1187|F: 646-893-5016
jrosner@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2024 best places to work in NYC*

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Thursday, January 16, 2025 11:39 AM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** [EXT] RE: Jager v. DoorDash

I understand.

In the interest of moving things along quickly, I am trying to schedule an informal call for Ms. Jager and a DD representative so that my client can hear directly from Ms. Jager and we can reach consensus on what Ms. Jager wants to prioritize in a settlement.  DD wants to be creative and flexible here, and is already in listening mode, but we won't be able to commit substantial engineering/business resources until we have a settlement agreement in place.  This call would allow us to make progress on all fronts without making a signed agreement a prerequisite to talks.

As a gesture of good faith, DD is prepared to immediately reactivate Ms. Jager's account, assuming she would still like that.  Please let me know about that.

Best,
PJK



Paul J. Kremer 🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

vCard

t: 646.777.0048 | PKremer@beneschlaw.com

www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Thursday, January 16, 2025 11:28 AM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Thanks.  Please let me know as soon as possible.  My client is pressing me to find out whether this progressing.

Thanks,
Joel



**Joel H. Rosner|Partner**

T: 212-216-1187    |F: 646-893-5016
jrosner@tarterkrinsky.com|Bio

Tarter Krinsky & Drogin LLP

1350 Broadway|New York|NY|10018

www.tarterkrinsky.com|LinkedIn

***Crain's 2024 best places to work in NYC***

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Wednesday, January 15, 2025 5:16 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** [EXT] RE: Jager v. DoorDash

I'm hoping to get back to you by tomorrow.  I'm pushing to get all the pieces in place.

Thanks for your patience.



vCard

Paul J. Kremer  🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

t:                | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

4

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Wednesday, January 15, 2025 10:38 AM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Hi,

Following up on this. Please provide your available dates as soon as you can.

Thank you,
Joel Rosner



**Joel H. Rosner|Partner**

T: 212-216-1187     |F: 646-893-5016
jrosner@tarterkrinsky.com|Bio

Tarter Krinsky & Drogin LLP

1350 Broadway|New York|NY|10018

www.tarterkrinsky.com|LinkedIn

***Crain's 2024 best places to work in NYC***

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Tuesday, January 14, 2025 9:49:31 AM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Hi,

We discussed the meeting issue with our client.  We are willing to give a remote meeting a shot.  What dates are you available?

Thanks,
Joel

**Joel H. Rosner|Partner**

T: 212-216-1187     |F: 646-893-5016
jrosner@tarterkrinsky.com|Bio



Tarter Krinsky & Drogin LLP

1350 Broadway|New York|NY|10018

www.tarterkrinsky.com|LinkedIn


*Crain's 2024 best places to work in NYC*

---

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Monday, January 13, 2025 11:26 AM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Paul,

Thank you for the frank discussion on Friday.  We are willing to kick the can down the road on the litigation while the parties meet to discuss the issues we have raised.  As we discussed, my client remains angry about what happened to her after we submitted the dispute notice, so it may help if someone at DoorDash can provide the apology (even informally and off the record) you suggested could be made.

My client has offered to host a meeting in Manhattan with DoorDash.  Does that work for you?  (It likely would be held at the New York Palace.)  If so, let's discuss the timing.  For both sides, I think sooner is better.

I look forward to speaking with you.

Regards,
Joel




**Joel H. Rosner|Partner**

T: 212-216-1187   |F: 646-893-5016

jrosner@tarterkrinsky.com|Bio

Tarter Krinsky & Drogin LLP

1350 Broadway|New York|NY|10018

www.tarterkrinsky.com|LinkedIn

*Crain's 2024 best places to work in NYC*

---

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Wednesday, January 8, 2025 8:48 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** [EXT] Re: Jager v. DoorDash

That's great.  I'll send a dial in.

Best,
PJK



vCard

Paul J. Kremer 🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

t:                  | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Wednesday, January 8, 2025 8:39:23 PM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Hi,

How about 10:30a on Friday?

Thanks,
Joel



**Joel H. Rosner|Partner**

T: 212-216-       |F: 646-893-5016
1187
jrosner@tarterkrinsky.com|Bio

Tarter Krinsky & Drogin LLP

1350 Broadway|New York|NY|10018

www.tarterkrinsky.com|LinkedIn

***Crain's 2024 best places to work in NYC***

---

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Wednesday, January 8, 2025 6:52:02 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** [EXT] RE: Jager v. DoorDash

Joel,

Do you have some time on Friday to discuss a potential resolution of the matter?  I am generally available between 10 and 4.  I can send an invite if you pick a time.

Best,
PJK



vCard

Paul J. Kremer 🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

t:                | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Monday, January 6, 2025 4:40 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** RE: Jager v. DoorDash

Thanks Joel.  Let me get back to you on a good time.



vCard

Paul J. Kremer 🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

t:                | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Monday, January 6, 2025 4:37 PM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Hi Paul,

Can we speak this week regarding the plan going forward in this lawsuit and/or the contemplated discussion that Ms. Jager initially sought to have?  I am not available Wednesday but am available tomorrow, Thursday, and Friday.

Thanks,
Joel



**Joel H. Rosner|Partner**

T: 212-216-  |F: 646-893-5016
1187
jrosner@tarterkrinsky.com|Bio

Tarter Krinsky & Drogin LLP

1350 Broadway|New York|NY|10018

www.tarterkrinsky.com|LinkedIn

***Crain's 2024 best places to work in NYC***

---

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Thursday, December 19, 2024 9:53 AM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** [EXT] RE: Jager v. DoorDash

Joel,

Attached is a proposed stipulation extending our time to respond to the complaint.  Please let me know if you have any questions or comments; otherwise, please return a signature or give me your permission to e-sign.

Best regards,
PJK



vCard

Paul J. Kremer 🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

t:            | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Wednesday, December 18, 2024 3:40 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>

**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** RE: Jager v. DoorDash

Thanks again Joel. I'll send a stipulation over for your signature, and we can plan to be in touch after the holidays.



Paul J. Kremer 🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

vCard

t:                | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com
1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Wednesday, December 18, 2024 2:44 PM
**To:** Kremer, Paul <PKremer@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>
**Subject:** Re: Jager v. DoorDash

Hi Paul,

Nice speaking with you. As we discussed, we are amenable to an extension to the end of January for your response to the Complaint. We will appreciate if you can let us know in the interim any information you learn about why Ms. Jager's account was cancelled and/or whom else DoorDash may have notified about Ms. Jager's credit card.

Thanks,
Joel



**Joel H. Rosner|Partner**

T: 212-216-      |F: 646-893-5016
1187
jrosner@tarterkrinsky.com|Bio

Tarter Krinsky & Drogin LLP

1350 Broadway|New York|NY|10018

www.tarterkrinsky.com|LinkedIn

*Crain's 2024 best places to work in NYC*

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Tuesday, December 17, 2024 6:43 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>

**Cc:** Thompson, James <<u>jethompson@beneschlaw.com</u>>
**Subject:** [EXT] Jager v. DoorDash

Dear Joel and Iris,

We represent DoorDash and would like to speak with you about the complaint you filed in Jager v. DoorDash.  I was hoping you and I could speak by phone tomorrow to discuss the timing of DoorDash's initial response and to open up a line of communication regarding this dispute.  Please let me know a good time to give you a call.

I also left you a voicemail, which you can disregard if you've made it this far.

Best regards,
Paul J. Kremer



vCard

Paul J. Kremer 🔊

(he/him/his)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 646.777.0048 | PKremer@beneschlaw.com
www.beneschlaw.com
1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at <u>reception@tarterkrinsky.com</u> or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of

anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.