# EXHIBIT F

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Tuesday, February 4, 2025 10:04 AM
**To:** Kremer, Paul
**Cc:** Thompson, James; Iris Velasquez
**Subject:** Re: Meeting on Wednesday

Hi Paul,

One of the issues mentioned on the call is that Ms. Jager's order history was deleted from her publicly-accessible account profile. Can DoorDash provide a full order history for Ms. Jager?

Thanks,
Joel Rosner



**Joel H. Rosner|Partner**
T: 212-216-1187|F: 646-893-5016
jrosner@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2024 best places to work in NYC*

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Wednesday, January 29, 2025 5:04 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Subject:** [EXT] RE: Meeting on Wednesday

Joel,

I want you to know that we're continuing to work through Ms. Jager's list of requests and that we hope to get back to you by next week.

Best,
PJK

1



vCard

Paul J. Kremer 🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

t: 646.777.0048 | PKremer@beneschlaw.com

www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Wednesday, January 22, 2025 3:23 PM
**To:** Kremer, Paul <PKremer@beneschlaw.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Subject:** Re: Meeting on Wednesday


We agree.

Regards,
Joel



**Joel H. Rosner| Partner**

T: 212-216-1187 | F: 646-893-5016
jrosner@tarterkrinsky.com| Bio

Tarter Krinsky & Drogin LLP

1350 Broadway| New York| NY| 10018

www.tarterkrinsky.com| LinkedIn

*Crain's 2024 best places to work in NYC*

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Wednesday, January 22, 2025 3:21 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Subject:** [EXT] RE: Meeting on Wednesday

Joel,

We're looking forward to connecting with you and Ms. Jager at 3:30.  Will you agree that nothing either side says on this call will be admissible in the Jager v. DoorDash action?  I think that agreement is warranted to help the parties express themselves openly.

2

Best,
PJK



Paul J. Kremer  🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

vCard

t:                  | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Wednesday, January 22, 2025 9:29 AM
**To:** Kremer, Paul <PKremer@beneschlaw.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Subject:** Re: Meeting on Wednesday

Hi,

Thanks for the update. You can file the stipulation.

Regards,
Joel



**Joel H. Rosner| Partner**

T: 212-216-1187     | F: 646-893-5016
jrosner@tarterkrinsky.com| Bio

Tarter Krinsky & Drogin LLP

1350 Broadway| New York| NY| 10018

www.tarterkrinsky.com | LinkedIn

***Crain's 2024 best places to work in NYC***

---

**From:** Kremer, Paul <PKremer@beneschlaw.com>
**Sent:** Tuesday, January 21, 2025 4:49:34 PM
**To:** Joel H. Rosner <jrosner@tarterkrinsky.com>

3

**Cc:** Thompson, James <jethompson@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Subject:** [EXT] RE: Meeting on Wednesday

Hi Joel,

Thanks for your patience.  I'm confirming that we'll also be joined by Alex Bellini, who is a Strategy and Operations manager at the company.

Can you please confirm that we can file the attached stip?  Our continued agreement to avoid unnecessary litigation costs is, as you know, a key facilitator of these talks.

Best,
PJK



vCard

Paul J. Kremer  🔊

(he/him/his)

Partner | Litigation

Benesch Friedlander Coplan & Aronoff LLP

t:                    | PKremer@beneschlaw.com
646.777.0048
www.beneschlaw.com

1155 Avenue of the Americas, Floor 26, New York, NY 10036

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Joel H. Rosner <jrosner@tarterkrinsky.com>
**Sent:** Tuesday, January 21, 2025 10:49 AM
**To:** Kremer, Paul <PKremer@beneschlaw.com>
**Cc:** Thompson, James <jethompson@beneschlaw.com>; Iris Velasquez <ivelasquez@tarterkrinsky.com>
**Subject:** Re: Meeting on Wednesday

Hi Paul,

Following up on the issue of who is attending the call.  It was our understanding that one or more business folks would be on the call, as the goal here is to discuss policy issues Ms. Jager has raised.  While I am sure Ms. Fernandez is highly capable, it will be very important for my client in taking this process forward cooperatively if someone from DoorDash other than in-house counsel is at the meeting.

Regards,
Joel



**Joel H. Rosner| Partner**

T: <u>212-216-1187</u>    | F: 646-893-5016
<u>jrosner@tarterkrinsky.com</u>| <u>Bio</u>

Tarter Krinsky & Drogin LLP

1350 Broadway| New York| NY| 10018

<u>www.tarterkrinsky.com</u>| <u>LinkedIn</u>

***Crain's 2024 best places to work in NYC***

---

**From:** Kremer, Paul <<u>PKremer@beneschlaw.com</u>>
**Sent:** Monday, January 20, 2025 10:52 AM
**To:** Joel H. Rosner <<u>jrosner@tarterkrinsky.com</u>>
**Cc:** Thompson, James <<u>jethompson@beneschlaw.com</u>>; Iris Velasquez <<u>ivelasquez@tarterkrinsky.com</u>>
**Subject:** [EXT] Re: Meeting on Wednesday

It will be at least Daisy Fernandez, who is in-house counsel at DoorDash.

I will follow up later today with a stipulation regarding upcoming case deadlines.

Best,
PJK

Paul J. Kremer 🔊

(he/him/his)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP



<u>vCard</u>

t:                | <u>PKremer@beneschlaw.com</u>
<u>646.777.0048</u>
<u>www.beneschlaw.com</u>
1155 Avenue of the Americas, Floor 26, New York, NY 10036

<u>Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice</u>

---

**From:** Joel H. Rosner <<u>jrosner@tarterkrinsky.com</u>>
**Sent:** Monday, January 20, 2025 9:42:43 AM
**To:** Kremer, Paul <<u>PKremer@beneschlaw.com</u>>
**Cc:** Thompson, James <<u>jethompson@beneschlaw.com</u>>; Iris Velasquez <<u>ivelasquez@tarterkrinsky.com</u>>
**Subject:** Meeting on Wednesday

Hi,

Can you please let us know who is going to be attending the meeting on Wednesday from DD's side?

Thanks,
Joel



**Joel H. Rosner| Partner**

T: <u>212-216-1187</u>        | F: 646-893-5016

jrosner@tarterkrinsky.com| Bio

Tarter Krinsky & Drogin LLP

1350 Broadway| New York| NY| 10018

www.tarterkrinsky.com| LinkedIn

***Crain's 2024 best places to work in NYC***

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by

phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at [reception@tarterkrinsky.com](mailto:reception@tarterkrinsky.com) or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.