**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PHYLLIS JAGER,

               Plaintiff,

     v.

DOORDASH INC.,

               Defendant.

Case No. 7:25-cv-01929

**DECLARATION OF MICHAEL HOLECEK IN SUPPORT OF DEFENDANT**
**DOORDASH, INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE**

I, Michael Holecek, declare as follows:

1.  I am an attorney admitted to practice law before this Court on a pro hac vice basis.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant DoorDash, Inc. in the above-captioned action.  I offer this declaration in support of DoorDash's Motion to Compel Arbitration and Stay Case.  I have personal knowledge of the facts set forth in this declaration, and, if called to testify, I could and would competently testify to them.

2.  Attached as **Exhibit G** is a true and correct copy of an email and a notice that I understand Ms. Jager's counsel, Joel H. Rosner, sent DoorDash on November 6, 2024.

3.  Attached as **Exhibit H** is a true and correct copy of the ADR Services, Inc. arbitration rules, downloaded from the ADR Services website (https://www.adrservices.com/services-2/arbitration-rules/) on August 15, 2025.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Miami Beach, Florida on this 15th day of August, 2025.

Michael Holecek