**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

PHYLLIS JAGER,

              Plaintiff,

    v.

DOORDASH INC.,

              Defendant.

Case No. 7:25-cv-01929

**SUPPLEMENTAL DECLARATION OF MICHAEL HOLECEK IN SUPPORT OF
DEFENDANT DOORDASH, INC.'S MOTION TO COMPEL ARBITRATION
AND STAY CASE**

I, Michael Holecek, declare as follows:

    1.    I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant DoorDash, Inc. in the above-captioned case.  I offer this supplemental declaration in further support of DoorDash's Motion to Compel Arbitration and Stay Case.  I have personal knowledge of the facts set forth in this declaration, and, if called to testify, I could and would competently testify to them.

    2.    Attached as **Exhibit I** is a true and correct copy of the certified transcript of the October 9, 2025, hearing on DoorDash's motion to compel arbitration and stay the case in *Divney v. DoorDash*, No. 1:25-cv-05708-MMG (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

1

2

Executed at Miami, Florida, on this 20th day of October, 2025.

Michael Holecek

2